IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMVAULT SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PB&J SOFTWARE, LLC,<br><br>　　　　Defendant. | Case No.: 3:13-CV-01332 MMC<br><br>(Case assigned to Hon. Maxine M. Chesney)<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MOTION TO CONTINUE** HEARING ON MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE |

　　　　Before the Court is Defendant's motion to continue the hearing on its motion to dismiss, or in the alternative, motion to transfer, currently set for June 14, 2013, and to continue the hearing to the same time as the scheduled Case Management Conference set for June 28, 2013 at 10:30 a.m.  Plaintiff has stipulated and consented to the request.  The Court notes that the Defendant is currently unavailable for the scheduled hearing on June 14, 2013 ~~and finds that judicial efficiency also supports taking up the hearing on the motion in conjunction with the Case Management Conference~~.

　　　　The request to continue the hearing on Defendant's Motion to Dismiss is **GRANTED**.

~~The Court will take up arguments on the Motion at the same time as the scheduled Case~~
The hearing is hereby CONTINUED to 9:00 a.m. on
~~Management Conference, at 10:30 a.m., on~~ June 28, 2013.

　　　　Further, in light of the pendency of the motion to dismiss, the Case Management Conference is hereby CONTINUED from June 28, 2013 to August 9, 2013.  A Joint Case Management
**IT IS SO ORDERED.**　　　　Statement shall be filed no later than August 2, 2013.

Dated: June 3, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE